*Jerrold H. Barnett,* assistant state's attorney, in support of the petition.

Submitted August 16—decided October 27, 1971

### STATE OF CONNECTICUT *v.* LANDON WILLIAMS

The petition by the state for review of the bail set by the Superior Court in New Haven County is dismissed since the matters raised therein have been rendered moot by the entry of a plea of guilty by the defendant on October 26, 1971.

*Jerrold H. Barnett,* assistant state's attorney, in support of the petition.

Submitted August 16—decided October 27, 1971

### STATE OF CONNECTICUT *v.* RORY B. HITHE ET AL.

The motion by the defendants for review of the order of the Superior Court in New Haven County fixing the amount of bail is dismissed since the matters raised therein have been rendered moot by the entry of a plea of guilty by each of them on October 26, 1971.

*Hugh F. Keefe* and *Walter Gerash,* in support of the motion.